United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOC.,<br><br>    Defendant.<br>_____/ | No. C 09-03111 JSW<br><br>**FURTHER ORDER RE HEARING ON MOTION TO REMAND AND CASE MANAGEMENT CONFERENCE** |

The Court has granted Defendant's Administrative Motion to Continue the hearing on Plaintiff's motion to remand. However, the Court inadvertently overlooked the fact that Defendant's proposed order set the motion for hearing on the Court's case management conference calendar, rather than on the Court's law and motion calendar.

Accordingly, the Court HEREBY ORDERS that the motion to remand shall be heard on October 16, 2009 at **9:00 a.m.**, and the case management conference shall be conducted immediately following the motion. In the event the Court finds the motion to remand suitable for disposition without oral argument, it shall notify the parties in advance of the hearing and the case management conference shall be heard at 1:30 p.m., on the Court's regular case management conference calendar.

**IT IS SO ORDERED.**
Dated: August 18, 2009

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE