IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY TRAHAN,

    Plaintiff,

    v.

U.S. BANK NATIONAL ASSOC.,

    Defendant.

           /

No. C 09-03111 JSW

**ORDER VACATING HEARING ON MOTION TO REMAND AND CONTINUING CASE MANAGEMENT CONFERENCE**

This matter is set for hearing on October 16, 2009, on Plaintiff's Motion to Remand and for an Initial Case Management Conference. The Court finds Plaintiff's motion suitable for disposition without oral argument and VACATES the hearing. *See* N.D. Civ. L.R. 7-1(b). An order shall issue in due course. It is FURTHER ORDERED that the initial case management conference shall be continued from October 16, 2009 to November 6, 2009 at 1:30. The parties' Joint Case Management Conference statement shall be due on October 30, 2009.

**IT IS SO ORDERED.**

Dated: October 7, 2009

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE