THE WYNNE LAW FIRM
Edward J. Wynne, State Bar No. 165819
J.E.B. Pickett, State Bar No. 154294
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone: (415) 461-6400
Facsimile: (415) 461-3900
 ewynne@wynnelawfirm.com
 jebpickett@wynnelawfirm.com

CARLTON DiSANTE & FREUDENBERGER LLP
Timothy M. Freudenberger, State Bar No. 138257
Alison L. Tsao, State Bar No. 198250
Kent J. Sprinkle, State Bar No. 226971
601 Montgomery Street
Suite 350
San Francisco, California 94111
Telephone: (415) 981-3233
Facsimile: (415) 981-3246
E-Mail: tfreud@cdflaborlaw.com
 atsao@cdflaborlaw.com
 ksprinkle@cdflaborlaw.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN, et al., <br><br> Plaintiffs, <br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, <br><br> Defendant. | Case No. C 09-03111 JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON MOTION TO REMAND** <br><br> Date: November 13, 2009 <br> Time: 9:00 a.m. <br> Ctrm: 11, 19th Floor <br><br> Trial Date: None Set |

CARLTON DiSANTE &
FREUDENBERGER LLP

357449.1

Case No. C 09-03111 JSW
Joint Stip & [Proposed] Order Resetting Hearing
on Motion to Remand

Pursuant to the Court's October 13, 2009 "Order Resetting Hearing on Motion to Remand, Vacating Case Management Conference and Notice Of Question for Hearing" the parties are no longer available on October 16, 2009. Of the dates provided by the Court for a new hearing date on Plaintiffs' Motion to Remand the parties have hereby stipulated for a new hearing date of November 13, 2009.

SO STIPULATED.

Dated: October 14, 2009

Respectfully submitted,

THE WYNNE LAW FIRM

By: _____
  Edward J. Wynne
Attorneys for Plaintiff
JERRY TRAHAN

Dated: October 14, 2009

CARLTON DiSANTE & FREUDENBERGER LLP

By: _____
  Kent J. Sprinkle
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

Plaintiff's Motion for Remand is hereby reset for hearing on November 13, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 15, 2009

_____
The Honorable Jeffrey S. White
United States District Court Judge

357449.1

Case No. C 09-03111 JSW
Joint Stip & [Proposed] Order Resetting Hearing
on Motion to Remand