IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY TRAHAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOC.,

    Defendant.

No. C 09-03111 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This matter is set for a case management conference on March 14, 2014. In light of Plaintiff's pending motion before the United States Court of Appeals for the Ninth Circuit, the Court HEREBY CONTINUES the case management conference to Friday, April 18, 2014, at **11:00 a.m., in Courtroom 5, 1301 Clay Street, Oakland, California.**

The parties shall not file an updated case management statement, but they shall provide a status report by no later than April 14, 2014, as to the status of Plaintiff's motion, and whether the *Duran* case is still pending before the California Supreme Court.

**IT IS SO ORDERED.**

Dated: March 10, 2014

                                              JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE