1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   JERRY TRAHAN,                               No. C 09-03111 JSW

10            Plaintiff,                  **ORDER VACATING CASE**
                                            **MANAGEMENT CONFERENCE,**

11   v.                                   **SETTING DEADLINES,**
                                            **REFERRING DISCOVERY, AND**

12   U.S. BANK NATIONAL ASSOC.,         **DIRECTING PARTIES TO MEET**
                                            **AND CONFER RE SCHEDULING**

13            Defendant.

14   _____/

15        The Court has considered the parties joint status report, dated April 14, 2014, and the

16 case management statement filed on February 14, 2014.  The Court VACATES the case

17 management conference scheduled for April 18, 2014.  It is FURTHER ORDERED as follows:

18        1.      Given the length of time that this case has been pending in state court, the Court

19 shall not require the parties to exchange initial disclosures.

20        2.      The Court HEREBY REFERS this matter to a randomly assigned Magistrate

21 Judge for the purpose of resolving any and all discovery disputes that may arise during the

22 remainder of this litigation.

23        3.      Plaintiff shall file any motion for leave to file an amended complaint by no later

24 than May 16, 2014, and he shall notice that motion on an open and available date on this

25 Court's calendar.

26        4.      Plaintiff states that he intends to renew a motion to dismiss Defendant's

27 affirmative defenses.  Defendant states that it intends to move to de-certify the class.  Both of

28 these issues appear to have been resolved by the state court.  Accordingly, the Court will require

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1  the parties to file motions for leave to file motions for reconsideration before it will consider the

2  substantive motions.  *See* N.D. Civ. L.R. 7-9.  The parties shall file the motions for leave to file

3  motions to reconsider no earlier than June 6, 2014, in the event the California Supreme Court's

4  ruling in the *Duran* litigation would impact the Court's analysis.

5        5.      Plaintiff's motion to approve the survey was pending at the time this case was

6  removed.  The parties shall simultaneously re-file the briefs pending before the state court by no

7  earlier than June 6, 2014.  The Court shall hear that motion on Friday, July 11, 2014 at 9:00

8  a.m.  In the event the Court finds the motion suitable for disposition without oral argument, it

9  shall notify the parties in advance of the hearing.  If the parties believe the California Supreme

10  Court's decision in *Duran* will necessitate supplemental briefing on that motion, they may file a

11  motion for leave to submit supplemental briefing *after* the California Supreme Court issues its

12  opinion.

13        6.      The parties are HEREBY ORDERED to meet and confer and submit a proposed

14  schedule with specific dates for: close of fact discovery, close of expert discovery, deadlines to

15  disclose expert reports (opening and rebuttal), deadlines to hear dispositive motions, deadline to

16  submit to an ADR procedure, pretrial conference, and trial.  In the event the parties do not agree

17  on a schedule and an ADR procedure, they shall submit a joint report that documents their

18  competing schedules and the reasons for the disagreement.  The parties shall submit this joint

19  statement by no later than April 25, 2014.

20        7.      Finally, the Court ADVISES the parties that it will be unavailable beginning on

21  April 30, 2014, and ending on May 27, 2014.

22        **IT IS SO ORDERED.**

23
   Dated: April 16, 2014

24  _____
    JEFFREY S. WHITE
25  UNITED STATES DISTRICT JUDGE

26
   cc:     Magistrate Judge Referral Clerk
27

28

2