IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN, | No. C 09-03111 JSW |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| U.S. BANK NATIONAL ASSOC., | |
| Defendant. | |

The Court has considered the parties' joint status report regarding scheduling issues. As a preliminary matter, counsel are HEREBY ADMONISHED to refrain from ad hominem attacks or characterization of opposing counsel's arguments. The Court expects counsel to treat each other with civility and respect.

The Court shall not modify the deadlines set forth in its Order dated April 16, 2014, and it shall not vacate its order referring discovery to Magistrate Judge Laporte. The Court HEREBY ORDERS AS FOLLOWS:

1. Plaintiff shall file any motion for leave to file an amended complaint by no later than May 16, 2014, and he shall notice that motion on an open and available date on this Court's calendar.

2. The parties shall file motions for leave to file motions to reconsider no earlier than June 6, 2014.

3. The parties shall simultaneously re-file the briefs regarding Plaintiff's survey by no earlier than June 6, 2014. The Court shall hear that motion on Friday, July 11, 2014 at 9:00 a.m.

4. The deadline to submit to an ADR process shall be December 19, 2014, and the parties shall submit a stipulation and proposed order selecting an ADR process with that deadline by May 27, 2014.

5. Close of fact discovery shall be April 30, 2015.

6. Deadline to disclose expert reports shall be June 8, 2015.

7. Deadline to disclose expert rebuttal reports shall be July 17, 2015.

8. Close of expert discovery shall be August 21, 2015.

9. The hearing on dispositive motions shall be November 6, 2015 at 9:00 a.m. If the parties file cross-motions on the same issues, the Court prefers a four-brief format, whereby Plaintiff files the opening motion for summary judgment, Defendant files its opposition and cross-motion, Plaintiff files his opposition and reply, and Defendant files its reply. There must be two weeks between the final reply brief and the hearing date.

10. The pretrial conference shall be held on Monday, January 25, 2016 at 2:00 p.m.

11. Jury selection shall be held on Wednesday, February 10, 2016 at 8:00 a.m.

12. Trial shall be held on Tuesday, February 16, 2016 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: April 28, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE