IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY TRAHAN,

        Plaintiff,

  v.

U.S. BANK NATIONAL ASSOC.,

        Defendant.

                                          /

No. C 09-03111 JSW

**ORDER DIRECTING CLERK TO RE-OPEN CASE**

      On October 17, 2013, Defendant filed a second notice of removal in this case, which had been terminated on November 30, 2009, following the Court's Order granting Plaintiff's motion to remand. The Court denied Plaintiff's motion to remand this matter, and this case is proceeding in this Court. Accordingly, the Clerk is directed to re-open this matter.

      **IT IS SO ORDERED.**

Dated: June 10, 2014

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE