IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY TRAHAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOC.,

    Defendant.

_____/

No. C 09-03111 JSW

**ORDER CONTINUING HEARING ON MOTION TO AMEND**

    The Court HEREBY CONTINUES the hearing on Plaintiff's motion to amend to July 11, 2014 at 9:00 a.m. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing.

    **IT IS SO ORDERED.**

Dated: June 10, 2014

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE