| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| JERRY TRAHAN, individually and on behalf of other members of the general public similarly situated, | ) ) ) ) | Case No. CV 09-3111 JSW |
| | ) ) | Assigned for All Purposes To: Hon. Jeffrey S. White |
| Plaintiff, v. | ) ) ) | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING RE PLAINTIFF'S MOTION TO APPROVE SURVEY** AS MODIFIED HEREIN AND CONTINUING HEARING |
| U.S. BANK NATIONAL ASSOCIATION, and DOES 1 through 50, inclusive, | ) ) ) ) ) | |
| Defendant. | ) ) ) ) | Action Filed: July 9, 2009 Trial Date: February 16, 2016 |

824723.1

Case No. CV 09-3111 JSW
[PROP.] ORDER GRANTING DEF'S ADMIN.
MOT. FOR LEAVE TO FILE SUPP'L BRIEF

1    Pursuant to Civil Local Rule 7-3(d) and this Court's April 16, 2014 Order (Doc. 105), and
2 good cause appearing, Defendant's Administrative Motion for Leave to File Supplemental Briefing
3 Re Plaintiff's Motion to Approve Survey ("Administrative Motion") is hereby GRANTED.
4 Defendant's Supplemental Brief re Impact of *Duran* Decision on Plaintiff's Motion to Approve
5 Survey (attached as Exhibit A to Defendant's Administrative Motion) is hereby deemed filed.

6    **IT IS SO ORDERED.**  Based on the correspondence submitted as an exhibit to Defendant's administrative motion, Plaintiff may also file a supplemental brief by no later than July 3, 2014.  The Court CONTINUES the hearing from July 11, 2014 to July 25, 2014.

8 Dated: June 23_____, 2014  _____
                                 The Honorable Jeffrey S. White
9                                Judge of the United States District Court,
                                 Northern District of California

---

824723.1

1    Case No. CV 09-3111 JSW
[PROP.] ORDER GRANTING DEF'S ADMIN.
MOT. FOR LEAVE TO FILE SUPP'L BRIEF