IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY TRAHAN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOC.,

    Defendant.

No. C 09-03111 JSW

**ORDER VACATING HEARING ON MOTION TO AMEND**

This matter is scheduled for a hearing on July 11, 2014 on Plaintiff's motion for leave to file an amended complaint. The Court finds the motion suitable for disposition without oral argument, and it HEREBY VACATES the hearing. The matter is submitted, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: July 7, 2014

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE