IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN, | No. C 09-03111 JSW |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO FILE INDEX TO EXHIBITS TO NOTICE OF REMOVAL** |
| v. | |
| U.S. BANK NATIONAL ASSOC., | |
| Defendant. | |

On October 7, 2013, Defendant filed its second notice of removal in this case. It attached voluminous exhibits to that notice. (*See* Docket Nos. 68-71.) On occasion, the Court has been required to attempt to locate documents in those exhibits, which has been extremely time consuming. Accordingly, the Court HEREBY ORDERS Defendant to electronically file an index of the exhibits to the Notice of Removal by August 5, 2014, in the following format:

    1.    Name of Document    Docket No. __, ECF page range

For example, the first exhibit to the Notice of Removal is the original complaint, and would be listed as:  1.  Complaint, Docket No. 68, ECF pages 1-13.

**IT IS SO ORDERED.**

Dated: July 22, 2014

                                                                       JEFFREY S. WHITE
                                                                       UNITED STATES DISTRICT JUDGE