1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JERRY TRAHAN,                              No. C 09-03111 JSW

10            Plaintiff,                        **ORDER VACATING ORDER TO
                                                DEFENDANT TO FILE INDEX TO**
11      v.                                      **EXHIBITS TO NOTICE OF
                                                REMOVAL**
12   U.S. BANK NATIONAL ASSOC.,

13            Defendant.

14   _____/

15        In light of Plaintiff's filing of an index to the exhibits attached to the Notice of Removal,

16   the Court VACATES the Order directing Defendant to file such an exhibit.

17        **IT IS SO ORDERED.**

18   Dated: July 23, 2014

19                                              _____
                                                JEFFREY S. WHITE
20                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California