IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN, | No. C 09-03111 JSW |
| Plaintiff, | **ORDER RESOLVING OBJECTIONS** |
| v. | |
| U.S. BANK NATIONAL ASSOC., | |
| Defendant. | |

This matter is scheduled for a hearing on Plaintiff's motion to approve the survey instrument prepared by Dr. Jon Krosnik and the "first contact" letter that is to be sent to class members in advance of the survey process. The parties have filed a variety of objections in connection with that motion. The Court shall resolve Plaintiff's objections to the Declaration of Andrew Hildreth by way of a separate order. By this Order, the Court resolves all remaining objections.

1. Defendant object to the fact that Plaintiff filed a formal motion to approve the survey, and Plaintiff has filed a response. (*See* Docket Nos. 115-5 at ECF pages 23-25, 116-2 at ECF pages 148-150.) The Court OVERRULES Defendant's objections. Defendant filed two briefs that respond to that motion. It was given the opportunity to engage in oral argument in state court, and the matter is scheduled for a hearing before *this* Court. Although the Court will not accept any further evidentiary materials, to the extent there are *new* legal arguments addressed in Plaintiff's reply brief, which Defendant has not had the opportunity to address before *this* Court, it may respond to those arguments at the hearing scheduled for July 25,

2014.

**The Court cautions *all* parties that it has considered the arguments raised in the briefs and they shall not reargue those points.**

2. Defendant also objects to Plaintiff's reply brief and the fourth report from Dr. Krosnik, which responds to the Hildreth declaration. (Docket No. 115-6 at ECF pages 77-81.) For the reasons set forth above, and because the Court does not need a further expert report from Defendant that responds to the most recent report from Dr. Krosnik to resolve the issues relating to the survey instrument, the Court OVERRULES these objections as well.

3. Plaintiff objects to the declaration submitted by Ryan McCoy (Docket No. 115-4 at ECF pages 100-103), which contains information relating to the state court's views of the first contact letter. (Docket No. 116-2 at ECF pages 145-146.) Notwithstanding any concerns expressed by the state court, *this* Court has its own concerns with the first contact letter. Accordingly, it does not need to rely on the McCoy declaration to resolve the motion, and it OVERRULES the objections as moot.

4. Plaintiff also objects to Defendant's request that the Court take judicial notice of the *amicus* brief, submitted to the California Supreme Court by The Gallup Organization in support of U.S. Bank's position in the *Duran* litigation. (*See* Docket NO. 115-6 at ECF pages 2-67, 116-2 at ECF pages 152-153.) On May 29, 2014, the California Supreme Court issued its opinion in the *Duran* case. *Duran v. U.S. Bank, N.A.*, 59 Cal. 4th 1 (2014). The Court does not need to rely on the *amicus* brief to resolve the motion. Accordingly, the Court OVERRULES as moot, Plaintiff's objection to taking judicial notice of that document.[1]

**IT IS SO ORDERED.**

Dated: July 23, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Defendant also requested that the Court take judicial notice of a case management order issued by the state court on May 16, 2013. Plaintiff does not object to the Court's consideration of the case management order.

2