1

2

3

4

5                           IN THE UNITED STATES DISTRICT COURT

6

7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    JERRY TRAHAN,                              No. C 09-03111 JSW

9              Plaintiff,                       **ORDER RESOLVING
                                                OBJECTIONS TO HILDRETH**
10   v.                                         **DECLARATION**

11   U.S. BANK NATIONAL ASSOC.,

12             Defendant.

13   _____/

14          The Court HEREBY RESOLVES Plaintiff's objections to the Hildreth Declaration, as

15   set forth in the document attached to this Order.

16          **IT IS SO ORDERED.**

17

18   Dated: July 23, 2014                       _____
                                                JEFFREY S. WHITE
19                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California