IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY TRAHAN,

        Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

        Defendant.

No. C 09-03111 JSW

**ORDER REQUIRING RESPONSE**

Plaintiff has filed a motion for leave to file a motion for reconsideration of the Court's Order denying the motion to approve the survey instrument. It is HEREBY ORDERED that Defendant shall file a response to the motion for leave to file by August 12, 2014. Unless the Court orders otherwise, Plaintiff shall not file a reply.

**IT IS SO ORDERED.**

Dated: August 5, 2014

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE