IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>    Defendant.<br>_____/ | No. C 09-03111 JSW<br><br>**ORDER RE OBJECTIONS TO EVIDENCE** |

On October 3, 2014, Plaintiff filed his opposition to Defendant's motion to decertify the class, and he filed a separate brief objecting to evidence submitted in connection with Defendant's motion. The Court shall not strike that separate brief, and it shall permit Defendant to file a separate brief with any objections it may have to Plaintiff's evidence, because it does not wish to delay the briefing schedule any further. However, the Court HEREBY REFERS the parties to Northern District Civil Local Rules 7-3(a), 7-3(c1), and 7-3(d)(1), which govern the manner in which objections to evidence are to be submitted, and to file a notice certifying that they have read and understand these rules by October 10, 2014. As this litigation progresses, the Court shall strike, without further notice, any briefs that fail to comply with these rules.

**IT IS SO ORDERED.**

Dated: October 6, 2014

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE