IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>    Defendant.<br>_____/ | No. C 09-03111 JSW<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL; INSTRUCTIONS TO PLAINTIFF; AND ORDER TO COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

On October 14, 2014, Defendant filed an administrative motion to seal Exhibits 47 and 48 to Plaintiff's opposition to Defendant's motion to decertify the class. These exhibits are located in Docket No. 161-6.

Defendant previously submitted these exhibits in support of its motion to decertify the class, with an administrative motion to seal, which should have indicated to Plaintiff that it believed those documents should be sealed. Further, although this Court had not yet ruled on Defendant's first motion to seal, the state court had previously ordered these documents filed under seal. Notwithstanding those facts, Plaintiff chose to file the documents in the public record. The Court, however, finds that the documents are sealable, and it GRANTS Defendant's motion to seal Exhibits 47 and 48 to Plaintiff's opposition brief.

Because those documents were not filed separately, the Court has placed the entirety of Docket No. 161-6 under seal. Plaintiff is HEREBY ORDERED to file a redacted version of that Volume of his compendium of evidence in the public record by no later than October 27, 2014.

Counsel for Plaintiff is FURTHER ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions on him in the amount of no less than $250 and no more than the Defendant's reasonable costs and fees in preparing and filing the motion to seal filed on October 14, 2014. Counsel's response to this Order to Show Cause shall be due by October 27, 2014.

**IT IS SO ORDERED.**

Dated: October 20, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE