IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>    Defendant.<br>_____/ | No. C 09-03111 JSW<br><br>**ORDER VACATING HEARING ON MOTION TO DECERTIFY CLASS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to decertify the class, filed by U.S. Bank National Association, which has been noticed for hearing on Friday, November 14, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the hearing date, and it takes the motion under submission and will decide it on the papers.

**IT IS SO ORDERED.**

Dated: November 4, 2014

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE