**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY TRAHAN,

          Plaintiff,

    v.

U.S. BANK NATIONAL ASSOCIATION,

          Defendant.

_____/

No. C 09-03111 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court has received the parties' joint case management statement.  The Court appreciates and understands Defendant's interest in moving this case forward.  However, the Court concludes that it would be most efficient to continue the matter pending a decision by the United States Court of Appeals for the Ninth Circuit on Plaintiff's petition for an interlocutory appeal.

    Accordingly, the Court HEREBY CONTINUES the case management conference to April 24, 2015 at 11:00 a.m.  The parties shall file a joint status report by April 17, 2015.  If the Ninth Circuit issues a ruling before April 17, 2015, either party may ask the Court to advance the case management conference to an earlier date.

    **IT IS SO ORDERED.**

Dated: February 17, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE