IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN, | No. C 09-03111 JSW |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO EXTEND SETTLEMENT DEADLINE** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendant. | |

On April 30, 2015, Defendant filed a motion to continue the settlement conference scheduled for July 20, 2015, and an opposition to Plaintiff's motion to appear by telephone at the settlement conference. Defendant has filed the motion to continue before this Court, because it seeks to extend the deadline by which the settlement conference must be completed.

The Court DENIES that request without prejudice, pending a ruling from Judge Ryu on whether or not Plaintiff will be permitted to appear by telephone. If Judge Ryu denies that request, and the parties cannot appear in person on a date before July 24, 2015, Defendant may renew its request for an extension of the deadline.

**IT IS SO ORDERED.**

Dated: May 1, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE