IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY TRAHAN, | No. C 09-03111 JSW |
| Plaintiff, | **ORDER REGARDING NOTICE OF DISMISSAL** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendant. | |

On June 29, 2015, Plaintiff filed a notice of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court is aware that this matter has settled. However, Defendant has filed an answer in this case.

Accordingly, the Court shall not rule on the notice, unless and until it receives a joint stipulation of dismissal or Defendant files a notice of non-opposition to Plaintiff's notice. The case management conference scheduled for August 28, 2015 remains on calendar pending dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 30, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE