Edward J. Wynne     (SBN 165819)
ewynne@wynnelawfirm.com
J.E.B. Pickett      (SBN 154294)
jebpickett@wynnelawfirm.com
WYNNE LAW FIRM
100 Drakes Landing Road, Suite 275
Greenbrae, CA 94904
Telephone  (415) 461-6400
Facsimile   (415) 461-3900

Plaintiff's Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JERRY TRAHAN, individually and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br>   vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, and DOES 1 through 50, inclusive,<br><br>        Defendant. | Case No.: 09-cv-03111-JSW (DMR)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL
09-cv-03111-JSW

1  Having considered Defendant's lack of **ORDER** opposition, and
2  Having considered Plaintiff Jerry Trahan's ("Plaintiff") Notice of Dismissal of Class
3  Allegations With Prejudice, the Court HEREBY ORDERS THE FOLLOWING:
4  Plaintiff's Request for Dismissal With Prejudice is GRANTED.

7  Dated: July 1, 2015

~~Hon. Donna M. Ryu~~
~~United States Magistrate Judge~~
Jeffrey S. White
United States District Judge

WYNNE LAW FIRM
100 DRAKES LANDING ROAD
SUITE 275
GREENBRAE, CA 94904
(415) 461-6400
WWW.WYNNELAWFIRM.COM

1
[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL
09-cv-03111-JSW